## GORGAS v. ZEOP.

May 27, 1837.

*Rule to show cause why fieri facias should not be set aside.*

Special bail, or a plea of freehold for a stay of execution, cannot be entered on a judgment rendered against the defendant in a *scire facias* on a recognizance of bail for stay of execution.

THIS was a *scire facias* in a recognizance of bail for stay of execution. After judgment, the defendant pleaded his freehold for a stay of execution against him. Plaintiff issued a *fieri facias* and this was a rule to set it aside.

*Graham*, for the rule, contended that under the act of the 16th June, 1836, relating to executions, (*Stroud's Purd. tit. Executions*,) there may be bail, and a *cesset executio* in an action of this kind.

*Budd*, contra.

PER CURIAM.—The act did not intend to give a *cesset* in such a case. If it were otherwise, the plaintiff in certain cases would be delayed in collecting his debt, even although the plaintiff had already been put to the disadvantage of one stay of execution allowed by the act. The practice has always been as stated.

Rule discharged.

